UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARY ELLEN MORTON,

    Petitioner,                               Case No. 05-CV-73175-DT

v.

SUSAN DAVIS,

    Respondent,
_____/

## JUDGMENT

In accordance with the court's "Order Denying the Petition for Writ of Habeas Corpus", entered on September 15th, 2005,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Susan Davis and against Petitioner Mary Ellen Morton. Dated at Detroit, Michigan, September 15th, 2005.

                                                               DAVID J. WEAVER
                                                                CLERK OF THE COURT

                                                               By:  s/Lisa G. Wagner_____
                                                                  Lisa Wagner, Case Manager
                                                                to Judge Robert H. Cleland